Outlook

**Re: Referral from Weston Family**

From David Littlejohn <david@littlejohnfs.com>
Date Fri 11/16/2018 5:56 PM
To    Kent@tacsis.com <Kent@tacsis.com>

Kent -

Per discussion, client is:

The Carole A Machado Revocable Living Trust 1/18/17  (restated 2/27/17)
Trustees:  Carole A Machado and Cheri L Pike

Thanks!


**David Littlejohn**
**Principal, Littlejohn Financial Services**

What's Your Risk Number?    Can you afford to retire?


On Thu, Nov 15, 2018 at 5:55 PM Kent Limson <Kent@tacsis.com> wrote:
> David,
>
> Let me know if you are having any issues with the link. Once you have had a chance to review please let me know if you have questions and I can walk you through the documents:
>
> Deal Specific Docs:
> 1. 3.5M use of funds schedule.
> 2. Bond Letter: (For client privacy, I sent you a copy of one of the bond agreements that was made to me.)
> 3. Letter certifying assets available to ensure bond liquidity.

Case 6:24-cv-00707-MC    Document 37-1    Filed 10/31/24    Page 2 of 4

4. Certificate of insurance from third-party showing valid secondary E&O insurance policy.

Project Docs:
1. Executive summary of the project
2. Jackie Robinson Bio
3. Executed Loan agreement showing $300,0000 Loan available
4. Land lease agreement showing equity of an additional $300M

https://www.dropbox.com/sh/h5fa4mq9htrdcfg/AACcLxWUImjBwcUxfCkY3RfVa?dl=0

--

**Kent Limson, CPA, MBA**

Principal Strategist

P +1 424 272 5522
F +1 424 320 6320
E Kent@TACSIS.com

**Tax | Accounting | Consulting Solutions | Information Systems**

www.TACSIS.com

This message is intended only for the personal and confidential use of the addressee(s) named above. This message is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and than any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this in error, please advise the sender by immediate reply and delete the original message. Thank you.

 Think More, Print Less

On Wed, Nov 14, 2018 at 4:31 PM Kent Limson <Kent@tacsis.com> wrote:
> Hi David,
>
> That is excellent news, I am setting up a shared Dropbox folder to hold the due diligence documents. I have done extensive work in this area before funding prior tranches so I'll craft a summary under separate cover as well as redact the relevant documents tonight so you can review. I will make myself available tomorrow afternoon to answer any questions you may have. This is a good one.
>
> --
>
> **Kent Limson, CPA, MBA**
>
> Principal Strategist
>
> P +1 424 272 5522
> F +1 424 320 6320
> E Kent@TACSIS.com
>
> **Tax | Accounting | Consulting Solutions | Information Systems**
>
> www.TACSIS.com

Ex. 1 - Limson Decl.
Page 2 of 4

This message is intended only for the personal and confidential use of the addressee(s) named above. This message is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and than any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this in error, please advise the sender by immediate reply and delete the original message. Thank you.

Think More, Print Less

On Wed, Nov 14, 2018 at 3:32 PM David Littlejohn <david@littlejohnfs.com> wrote:
> Hi Kent -
> I've had an opportunity to speak with some clients. One in particular may be interested in a $1,000,000 block of the stadium financing deal.
> Any other due diligence information you could provide to me would be useful. I will be performing the background work. It sounds like the client would be basing their decision primarily off of my recommendation (yikes?).
> Thanks - I look forward to digging in on this one.
> David
>
> **David Littlejohn**
> **Principal, Littlejohn Financial Services**
>
> What's Your Risk Number?   Can you afford to retire?

On Wed, Nov 14, 2018 at 2:27 PM Kent Limson <Kent@tacsis.com> wrote:
> Hi David,
>
> Thanks for taking the time to chat with me today about the incredible opportunity I've secured for investors to be part of a historic build in Las Vegas. For the small investment window we have for this project, investors will not only get a secure, healthy return, but also participate in building a non-gaming landmark on the strip. Highlights are below:
>
> - 11% Return on investment secured by financial guarantee bond.
> - Bond is secondarily backed by 100% E&O (errors and omissions) Policy.
> - Short 1 year investment payback period.
> - Multiple investment opportunities available on this project.
> - Minimum Investment $200K
>
> About me:

I have 14 years of experience in the financial consulting and accounting industry. As a CPA & MBA, I serve companies in interim CFO and controller capacities. My unique role at these companies positions me to structure investment opportunities that benefit both the borrower and lender. Unlike traditional lending options through financing brokers, the projects I fund are only for businesses that I have current working relationships with and have extensive due diligence on to ensure leading terms and returns are maximized for success.

As an added layer surety, I work only with federally regulated and licensed insurers to bond and guarantee investor money with liquid assets in the unlikely event of non-performance from the borrower. I am the only person that, in addition to the surety bond, requires 100% errors and omissions insurance on each deal to guarantee returns.

If you have investors interested in learning more about the opportunities related to this project, please have them sign the attached NDA and send back to me with their preferred contact information.

Additionally, if your client base is interested in a smaller initial investment opportunity I have limited space in a second project available with a minimum commitment of $200K offering a 10% return for a nine month bonded hold.

--

**Kent Limson, CPA, MBA**

Principal Strategist

P +1 424 272 5522
F +1 424 320 6320
E Kent@TACSIS.com

**Tax | Accounting | Consulting Solutions | Information Systems**

www.TACSIS.com

This message is intended only for the personal and confidential use of the addressee(s) named above. This message is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and than any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this in error, please advise the sender by immediate reply and delete the original message. Thank you.

Think More, Print Less