**Adam M. Starr, OSB #125393**
AdamStarr@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**John S. Manzano (***Admitted Pro Hac Vice***)**
john@tacsis.com
**TACSIS LAW APC**
3424 W. Carson Street, Suite 600
Torrance, CA 90503

*Attorneys for Third-Party Defendants TACSIS APC, TACSIS, LLC, and Kent Limson*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHERI PIKE and CAROLE MACHADO, as Co-Trustees of the Carole A. Machado Revocable Living Trust,<br><br>                              Plaintiffs,<br><br>    v.<br><br>LITTLEJOHN FINANCIAL SERVICES, INC., an Oregon Corporation; and FRED DAVID LITTLEJOHN II, an individual,<br><br>                              Defendants.  | Case No. 6:24-cv-00707-MC<br><br>**UNOPPOSED MOTION TO DISMISS AS TO THIRD-PARTY DEFENDANTS TACSIS APC, TACSIS LLC, AND KENT LIMSON PURSUANT TO FRCP 54(B)** |
| LITTLEJOHN FINANCIAL SERVICES, INC., an Oregon Corporation; and FRED DAVID LITTLEJOHN II, an individual,<br><br>                   Third-Party Plaintiffs,<br><br>    v. | |

Page 1 –   UNOPPOSED MOTION TO DISMISS AS TO THIRD-PARTY
            DEFENDANTS TACSIS APC, TACSIS LLC, AND KENT LIMSON
            PURSUANT TO FRCP 54(B)

TACSIS APC, a California professional stock corporation; TACSIS LLC, a California limited liability company; and KENT LIMSON, an individual

　　　　　　Third-Party Defendants.

## LR 7-1 CERTIFICATION

Per Local Rule 7-1(a)(1)(A), counsel for third-party defendants Tacsis APC, Tacsis, LLC, and Kent Limson (collectively, the "Tacsis Parties") conferred with counsel for the third-party plaintiffs, and they do not oppose this Motion.

## MOTION

Pursuant to FRCP 54(b), the Tacsis Parties move this Court to dismiss Tacsis Parties and sign the proposed limited judgment of dismissal submitted herewith pursuant to the Court's Opinion and Order issued on December 17, 2024. (ECF No. 39.)

## CONCLUSION

Based on the foregoing, the Tacsis Parties respectfully request the Court to dismiss the Tacsis Parties without prejudice based on the Court's Opinion and Order, and without award of fees and costs against the parties.

DATED: January 30, 2025.　　　　MARKOWITZ HERBOLD PC

*s/ Adam M. Starr*
Adam M. Starr, OSB #125393
AdamStarr@MarkowitzHerbold.com
*Attorneys for Third-Party Defendants Tacsis APC, Tacsis, LLC, and Kent Limson*

TACSIS LAW APC

John S. Manzano (*Admitted Pro Hac Vice*)
john@tacsis.com
*Attorneys for Third-Party Defendants, Tacsis APC, Tacsis, LLC, and Kent Limson*

2253094.2

Page 2 –　UNOPPOSED MOTION TO DISMISS AS TO THIRD-PARTY DEFENDANTS TACSIS APC, TACSIS LLC, AND KENT LIMSON PURSUANT TO FRCP 54(B)