IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHERI PIKE and CAROLE MACHADO, *as Co-Trustees of the Carole A. Machado Revocable Living Trust*, | Case No. 6:24-cv-00707-MC |
| Plaintiffs, | LIMITED JUDGMENT OF DISMISSAL AS TO THIRD-PARTY DEFENDANTS |
| v. | |
| LITTLEJOHN FINANCIAL SERVICES, INC., *an Oregon Corporation,* and FRED DAVID LITTLEJOHN II, *an individual*, | |
| Defendants. | |
| LITTLEJOHN FINANCIAL SERVICES, INC., *an Oregon Corporation,* and FRED DAVID LITTLEJOHN II, *an individual*, | |
| Third-Party Plaintiffs, | |
| v. | |
| TACSIS APC, *a California professional stock corporation*, TACSIS, LLC, *a California limited liability company*, and KENT LIMSON, *an individual*, | |
| Third-Party Defendants. | |

MCSHANE, Judge:

Pursuant to the Opinion and Order, ECF No. 39, granting Third-Party Defendants Tacsis APC, Tacsis, LLC, and Kent Limson's Motion to Dismiss, ECF No. 27, IT IS HEREBY

1 – Limited Judgment

ORDERED AND ADJUDGED that this action is dismissed without prejudice only as to Third-Party Defendants Tacsis APC, Tacsis, LLC, and Kent Limson, without award of fees and costs against the parties.

DATED this 30th day of January, 2025.

                                            __s/Michael J. McShane_____
                                                 Michael J. McShane
                                           United States District Judge